UNITED STATES COURT OF INTERNATIONAL TRADE                          FORM 1

**Coulisse Distribution LLC,**
                              Plaintiff,

v.                                                  S U M M O N S
                                                    Court No. 23-00245
**UNITED STATES,**
                              Defendant.

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 5201, 5203 and 5206 | Center (if known): | CEE004 - Apparel, Footwear and Textiles |
| Protest Number: | 5201-23-103512 and 5203-23-100429 | Date Protest Filed: | 03/13/2023 and 03/23/2023 |
| Importer: | Coulisse Distribution LLC | Date Protest Denied: | 06/02/2023 |
| Category of Merchandise: | DC electric motors | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| Lead Entry: | | | | | |
| M05-0354079-7 | 10/19/2021 | 09/16/2022 | | | |
| (See Schedules | A and B attached | ; 6 Total Entries) | | | |
| | | | | | |

George R. Tuttle, III
Law Offices of George R. Tuttle, A P.C.
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
(415) 986-8780 / geo@tuttlelaw.com
    Name, Address, Telephone Number
    and E-mail Address of Plaintiff's Attorney

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| DC electric motors | 8501.10.4060 / 9903.88.01 | 4.4% / 25% | 8501.10.4060 / 9903.88.67 | 4.4% / Free |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| The issue which was common to all such denied protests: Whether the imported DC electric motors assessed under 8501.10.4060 are eligible for Section 301 exclusion under 9903.88.67 rather than with additional Section 301 duties under 9903.88.01 at 25%. |
|---|

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/George R. Tuttle, III
*Signature of Plaintiff's Attorney*

11/27/2023
*Date*

## Schedule A
## Attachment to Summons

**Plaintiff:  Coulisse Distribution LLC**
**Port of Entry:  5201**
**Center:  CEE004 - Apparel, Footwear and Textiles**

| Protest No. | Protest Date | Denial Date | Port | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|---|
| 5201-23-103512 | 3/13/2023 | 6/2/2023 | 5201 | M05-0354079-7 | 10/19/2021 | 9/16/2022 |
| 5201-23-103512 | 3/13/2023 | 6/2/2023 | 5201 | M05-0354117-5 | 10/22/2021 | 9/16/2022 |

## Schedule B
## Attachment to Summons

**Plaintiff:  Coulisse Distribution LLC**
**Ports of Entry:  5201, 5203 and 5206**
**Center:  CEE004 - Apparel, Footwear and Textiles**

| Protest No. | Protest Date | Denial Date | Port | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|---|
| 5203-23-100429 | 3/23/2023 | 6/2/2023 | 5203 | M05-0354203-3 | 11/3/2021 | 9/30/2022 |
| 5203-23-100429 | 3/23/2023 | 6/2/2023 | 5206 | M05-0354710-7 | 1/27/2022 | 12/23/2022 |
| 5203-23-100429 | 3/23/2023 | 6/2/2023 | 5206 | M05-0354958-2 | 3/8/2022 | 2/3/2023 |
| 5203-23-100429 | 3/23/2023 | 6/2/2023 | 5201 | M05-0355112-5 | 4/5/2022 | 3/3/2023 |