FORM 7

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Coulisse Distribution LLC, | : |
| Plaintiff, | : |
| v. | : Court No. 23-00245 |
| United States of America, | : |
| Defendant. | : |

### NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: November 14, 2024

/s/ George R. Tuttle, III
George R. Tuttle, III
Law Offices of George R. Tuttle,
A Professional Corporation
3950 Civic Center Drive
Suite 310
San Rafael, CA 94903
Main Telephone: (415) 986-8780

### ORDER OF DISMISSAL

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: November 14, 2024

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

4861-1636-8378